**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JAMES C. WILLIAMS**                                                                 **PETITIONER**

v.                                          **NO. 2:09CV00075 BSM**

**T.C. OUTLAW, Warden,**                                                         **RESPONDENT**
**FCC Forrest City, Arkansas**

## ORDER

The court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, *de novo* review of the record, the court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects. The petition for writ of habeas corpus filed by petitioner James C. Williams is denied. Judgment will be entered for respondent T.C. Outlaw.

IT IS SO ORDERED this 22nd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE