# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**JAMES C. WILLIAMS**                                                                        **PETITIONER**

**v.**                                   **NO. 2:09CV00075 BSM**

**T.C. OUTLAW, Warden,**                                                                 **RESPONDENT**
**FCC Forrest City, Arkansas**

## JUDGMENT

Pursuant to the order entered this day, judgment is entered for respondent T.C. Outlaw. The petition for writ of habeas corpus filed by petitioner James C. Williams is denied.

IT IS SO ORDERED this 22nd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE